# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSELUIS GARCIA GONZALEZ, Plaintiff<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security, Defendant. | Case No. 8:17-cv-00636-GJS<br><br>**JUDGMENT** |

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is AFFIRMED and this action is DISMISSED WITH PREJUDICE.

DATED: April 25, 2018

_____
GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE